Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
David J. Heubeck
Stephen E. Marshall
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL NO. 1789 |
| *This Document Relates to:* <br><br> ALL ACTIONS | 1:06-md-1789 (JFK) |

## NOTICE OF MOTION OF DEFENDANT MERCK SHARP & DOHME CORP. FOR ENTRY OF A *LONE PINE* ORDER

PLEASE TAKE NOTICE that, upon the Notice of Motion of Defendant Merck Sharp & Dohme Corp. ("Merck"), the Declaration of William J. Beausoleil, and the accompanying Memorandum of Law in Support of its Motion for Entry of a Lone Pine Order, Merck will move this Court before the Honorable Judge John F. Keenan, in the United States Courthouse for the Southern District of New York, for entry of a Lone Pine Order.

DATED:  New York, New York
        October 15, 2012

Respectfully submitted,

HUGHES HUBBARD & REED LLP


By: _____/s/_____
    Theodore V. H. Mayer
    William J. Beausoleil

One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
David J. Heubeck
Stephen E. Marshall
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
David J. Heubeck
Stephen E. Marshall
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL NO. 1789 |
| *This Document Relates to:*<br><br>ALL ACTIONS | 1:06-md-1789 (JFK) |

## STATEMENT OF TECHNICAL FAILURE

Defendant Merck Sharp & Dohme Corp. ("Merck") hereby states that on October 15, 2012, Merck was unable to successfully file its NOTICE OF MOTION FOR ENTRY OF A LONE PINE ORDER electronically on the Court's CM/ECF system in a timely fashion due to a technical failure on the ECF website.

This filing was completed on October 16, 2012.